UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| IN RE | § | CASE NO 04-70644-M-13 |
| RAYMOND ROBERT, JR. | § | CHAPTER 13 |
| DERR | § | |
|    Debtors | § | |

**EXPEDITED MOTION TO SHORTEN BR2002 NOTICE ON
NATIONWIDE SERVICES, INC. and MOTION TO DISMISS
CHAPTER 13 CASE with PREJUDICE**

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

Nationwide Services, Inc., ("creditor") files its Motion To Shorten BR2002 Notice on Motion To Dismiss Chapter 13 Case with Prejudice, and file their Motion To Shorten BR2002 Notice to three (3) days, and respectfully requests this motion be granted before this court and as basis state:

Creditor states that the bankruptcy rules and regulations are not being complied with and therefore, Creditor requests that this Court be heard set the hearing for Wednesday, August 4, 2004.

Accordingly, Movant requests that this Motion To Shorten the BR2002 Notice be shortened to three (3) days.

                                                  Respectfully submitted,

                                                  THE LAW OFFICE OF ANTONIO VILLEDA
                                                  5414 North 10th Street/McAllen, TX 78504
                                                  (956) 631-9100 Telephone/ 631-9146 Facsimile
                                                  avilleda@bizrgv.rr.com

                                                  _/S/ Antonio Villeda_____
                                                  Antonio Villeda
                                                  SBN 20585300 -Atty for Nationwide Serv., Inc.

**CERTIFICATE OF SERVICE**

    I, Antonio Villeda, certify that a copy of the above, ***Motion To Shorten BR2002 Notice ON Nationwide Services, Inc., Motion To Dismiss With Prejudice*** on this ____day of July, 2004 mailed through United States First Class Mail, postage pre-paid to the attached service list:

                                                  _/s/ Antonio Villeda_____
                                                  Antonio Villeda