UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| IN RE | § | CASE NO 04-70644-M-13 |
| RAYMOND ROBERT, DERR JR. | § | CHAPTER 13 |
| | § | |
| Debtors | § | |
| | § | |

NATIONWIDE SERVICES, INC.
MOTION TO DISMISS CHAPTER 13 CASE with PREJUDICE

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE, RICHARD S. SCHMIDT

**IF YOU WANT A HEARING, YOU MUST REQUEST ONE IN WRITING AND YOU MUST RESPOND SPECIFICALLY TO EACH PARAGRAPH OF THIS PLEADING. YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT WITHIN TWENTY (20) DAYS FROM THE DATE YOU WERE SERVED AND GIVE A COPY TO THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF.**

**IF A PARTY REQUESTS EMERGENCY CONSIDERATION, THE COURT MAY ACT EXPEDITIOUSLY ON THIS MATTER. IF THE COURT ALLOWS A SHORTER RESPONSE TIME THAN TWENTY (20) DAYS, YOU MUST RESPOND WITHIN THAT TIME. IF THE COURT SETS AN EMERGENCY HEARING BEFORE THE RESPONSE TIME WILL EXPIRE, ONLY ATTENDANCE AT THE HEARING IS NECESSARY TO PRESERVE YOUR RIGHTS. IF AN EMERGENCY HEARING IS NOT SET, YOU MUST RESPOND BEFORE THE RESPONSE TIME EXPIRES.**

**A HEARING IS BEING REQUESTED ON THIS FOR November 3, 2004 at 9:00 A.M., IN THE UNITED STATES BANKRUPTCY COURT, BROWNSVILLE TEXAS.**

The Nationwide Services, Inc., ("Nationwide") requests that this Court dismiss with prejudice the above-referenced case and states that the Debtor has not appeared at two depositions; furthermore, Debtor has not appeared at the 341 Creditors meeting and it is Nationwide's contention that Debtor is using this bankruptcy process as a result to stall pending litigation issues.

Therefore Nationwide is requesting that Debtors case be dismissed with prejudice for 180 days and that said dismissal be set for the Court's next hearing docket on November 3, 2004 in Brownsville, Texas.

Respectfully submitted,
　/S/ Antonio Villeda_____
**ANTONIO VILLEDA**
State Bar No. 20585300
5414 N. 10th Street/　McAllen, Texas 78504
Telephone (956) 631-9100//Facsimile: 631-9146
Atty for Nationwide Services, Inc.

## CERTIFICATE OF SERVICE

I, Antonio Villeda, hereby certify that a true and correct copy of the foregoing *Nationwide Services, Inc. Motion To Dismiss Chapter 13 Case* has been forwarded by United States first class mail, postage pre-paid to the following attached service list, on the 21st day of October, 2004.

Ms. Cindy Boudloche
Chapter 13 Trustee
1508 American Bank Plaza
711 Carancahua Street
Corpus Christi, TX  78475

Kelly McKinnis
612 Nolana, Set 240
McAllen, Texas 78504

La Nell S Anderson
3614 Echo Mountain Drive,
Kingwood Texas 77345

Raymond Robert, Jr. Derr
111 East Yuma #28
McAllen, Texas   78503-1233

　　　/S/ Antonio Villeda
**ANTONIO VILLEDA**